

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00030-CV

**IN RE** Hugo Xavier **DE LOS SANTOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: January 22, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On January 10, 2014, relator Hugo Xavier De Los Santos filed a petition for writ of mandamus and a motion for temporary relief and emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief and emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CI20086, styled *Commission for Lawyer Discipline v. Hugo Xavier De Los Santos*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tonya Parker presiding.